IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WARREN L. OLIVER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-1194
LT Case No.  1997-CF-1882-A

_____/

Decision filed August 30, 2022

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Warren L. Oliver, Lake Butler, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.